[No. 46304-7-I. Division One. December 10, 2001.]

*In the Matter of the Marriage of* RICHARD MACGIBBON, *Appellant,* and DEBORAH J. MACGIBBON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-08060-8, Suzanne M. Barnett, J., entered February 28 and March 8, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Becker, J.

[No. 46527-9-I. Division One. December 10, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ANAMARIE DIAZ DEPERALTA, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00076-6, Vicki I. Churchill, J., entered April 24, 2000. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ.

[No. 47055-8-I. Division One. December 10, 2001.]

BEN MAEZ, *Appellant,* v. THE KING COUNTY DEPARTMENT OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-06532-8, Palmer Robinson, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Coleman, J.

[Nos. 47672-6-I; 47772-2-I. Division One. December 10, 2001.]

*In the Matter of the Marriage of* RICHARD MACGIBBON, *Appellant,* and DEBORAH J. MACGIBBON, *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 98-3-08060-8, Suzanne M. Barnett, J., and Nancy Bradburn-Johnson, J. Pro Tem., entered September 29 and October 30, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Becker, J.